■ STUART PRICE et al., Respondents, v STEPHEN C. STUDLEY, Appellant, et al., Defendants. (Appeal No. 2.) [812 NYS2d 902]—Appeal from an order of the Supreme Court, Erie County (Joseph D. Mintz, J.), entered February 4, 2005 in a personal injury action. The order denied the motion of defendant Stephen C. Studley to set aside the jury verdict.

It is hereby ordered that said appeal be and the same hereby is unanimously dismissed without costs (*see Smith v Catholic Med. Ctr. of Brooklyn & Queens*, 155 AD2d 435 [1989]; *see also* CPLR 5501 [a] [1]). Present—Scudder, J.P., Kehoe, Smith, Green and Pine, JJ.